UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH, et al.,<br><br>                     Plaintiffs,<br><br>-against-<br><br>BRADLEY TECHNOLOGIES INCORPORATED,<br><br>                     Defendant. | 23-cv-4127 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 8, 2023, the Court granted the parties' request for an adjournment and required a joint letter and case-management plan by September 6, 2023. The parties have missed that deadline. The letter and plan are now due by **September 11, 2023, at 5:00 p.m.**

Further, the September 13, 2023, conference will now be held by **teleconference**. It will still be held at 4 p.m. The parties should call 646-453-4442 and enter Phone Conference ID 264 907 309, followed by the pound sign (#).

SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                 United States District Judge