# L E S T E R   S C H W A B   K A T Z   &   D W Y E R ,   L L P

100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

DENNIS M. ROTHMAN
Writer's Direct Dial: (212) 341-4343
E-Mail: drothman@lskdnylaw.com

**NEW JERSEY OFFICE**
61 S. Paramus Road
Suite 250
PARAMUS, NJ 07652
(973) 912-9501

April 16, 2024

By ECF

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **Pastreich v. Bradley Technologies Inc**., 23 CV 4127 (AS), request to change
time or date of the conference scheduled for Monday, April 22 at 4 p.m.

Dear Judge Subramanian:

I represent defendant. We ask that the conference scheduled for April 22 at 4 p.m., *see* order, April 10, 2024, doc. 66, be set for a time earlier in the day such that we can conclude the conference by 4 p.m., or that the conference be set for another date convenient to the Court (but not April 23 or 24). The reason for the request is that Passover starts at sundown on April 22.

Plaintiff's counsel Ira Sturm has read this letter and does not object to the request.

No other requests to adjourn this date have been made. There is no other scheduled appearance of the parties.

Respectfully,

S/ Dennis M. Rothman

Dennis M. Rothman

4879-8841-0295/574-9161

The conference is rescheduled for April 22, 2024 at 12:00 PM. The dial-in information remains the same.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 16, 2024