UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH,<br><br>       Plaintiffs,<br><br>    -against-<br><br>BRADLEY TECHNOLOGIES INCORPORATED,<br><br>       Defendant. | 23-cv-4127 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As noted during the April 22 conference, Defendant shall produce the necessary payroll documents to the auditor by April 26, 2024. By the same date, the parties shall provide trial availability for the week of June 24, 2024.

  SO ORDERED.

Dated: April 23, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge