UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH et al.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>BRADLEY TECHNOLOGIES INCORPORATED,<br><br>       Defendant. | 23-cv-4127 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Under paragraph 10 of the Court's individual practices, the parties' pretrial materials would typically be due two weeks before the final pretrial conference. Because this case is proceeding as a bench trial and the Court has already held multiple conferences, there will be no final pretrial conference. The parties are ORDERED to submit all materials two weeks before the start of trial: **June 11, 2024**. The parties should refer to the Court's individual practices for all the materials that must be submitted by that time and how they should be submitted.

  In addition, the parties' principal decision-makers are ORDERED to attend trial in person. Prior to trial, the principal decision-makers (with or without counsel) are also ORDERED to meet in person for at least two hours to discuss settlement of this matter.

  Finally, the parties should note that the June 25 trial date **will not move.** Unless the parties file a stipulation of dismissal or settlement, the parties should be prepared to go to trial as scheduled. **The trial date will not be adjourned on account of a settlement in principle.**

  SO ORDERED.

Dated: June 3, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge